UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID LEE HALL,

    Petitioner,

v.                               Case No. 5:19cv53-MCR-HTC

SECRETARY FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Petitioner's failure to respond to two orders of the Court, ECF Docs. 3 and 7. In ECF Doc. 3, entered March 1, 2019, the Court directed the following:

> Within 30 days from the date of this order, petitioner shall file an amended petition, which shall be typed or clearly written, submitted on the court form, and accompanied by two identical service copies of same. Within the same time, petitioner shall submit payment in the amount of $5.00, or file a complete application to proceed *in forma pauperis*.

The Court did not receive anything from Petitioner within thirty (30) days of that order. On April 16, 2019, therefore, the Court entered an order directing him, within fourteen (14) days, to show cause "why this case should not be recommended for dismissal for failure to prosecute and to follow an order of the Court." ECF Doc. 7. The show cause order warned Petitioner that failure to respond could result in a

recommendation of dismissal without further notice. *Id.* Petitioner has not responded to ECF Doc. 7.

Accordingly, it is respectfully RECOMMENDED:

1. That this action be DISMISSED without prejudice under Northern District Local Rule 41.1 for failure to comply with a court order and failure to prosecute.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 7th day of May 2019.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. See 11th Cir. R. 3-1; 28 U.S.C. § 636.