# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DAVID LEE HALL,

    Petitioner,

v.                                         CASE NO. 5:19cv53-MCR-HTC

SECRETARY FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 7, 2019. ECF No. 8. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

(2) The Petition Under 28 U.S.C. § 2254, challenging the conviction in *State v. David Lee Hall*, 2008-CF-273 (Fourteenth Judicial Circuit Court, Washington Cty, Florida 2009), ECF Doc. 1, is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to follow orders of the Court.

(3) The clerk of the court for the United States District Court for the Northern District of Florida is directed to close the file for this case.

**DONE AND ORDERED** this 10th day of June 2019.

                        s/ *M. Casey Rodgers*
                        **M. CASEY RODGERS**
                        **UNITED STATES DISTRICT JUDGE**